# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-3277-AG(ANx) | Date | November 17, 2008 |
|---|---|---|---|
| Title | ROGERT T. KIMBREW, ET AL v FREMOND INVESTMENT & LOAN, ET AL | | |

| Present: The Honorable | ANDREW J. GUILFORD | | |
|---|---|---|---|
| Lisa Bredahl | Donald Hilland | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiffs:  
Theodore Pintar  
Cory Miller

Attorneys Present for Defendants:  
Thomas Hansen

**Proceedings:** FREMONT REORGANIZATIN CORP. fka FREMONT INVESTMENT AND LOAN'S MOTION TO DISMISS AND TO STRIKE

Cause is called for hearing and counsel make their appearances. Matter is argued. The Court GRANTS IN PART AND DENIES IN PART the motion with 20 days leave to amend, and orders that the tentative ruling shall become the Order of the Court. Order Granting in Part and Denying in Part Combined Motion to Dismiss and to Strike is signed and filed this date.

: 06

Initials of Preparer   lmb